IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLON BACON<br><br>Plaintiff,<br><br>v.<br><br>MERAKEY PHILADELPHIA<br><br>Defendant. | Civil Action No. 2:21-cv-04547-MSG |

## ORDER

**AND NOW**, this 31st day of August, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), Plaintiff's Response (ECF No. 19), and Defendant's Reply (ECF No. 20), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff on all claims in the Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**